[No. 50543-2-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL V. TUFANO, *Appellant*.

Appeal from a judgment of the Superior Court for Skagit County, No. 01-1-00599-4, Michael E. Rickert, J., entered May 3, 2002. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 50674-9-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT DODSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-01437-9, Ronald Kessler, J., entered May 24, 2002. *Affirmed* by unpublished opinion per Becker, C.J., concurred in by Grosse and Cox, JJ.

[No. 50706-1-I.   Division One.   May 12, 2003.]

JOSEPH D. VINES, ET AL., *Appellants*, v. MEGAN NIEHOFF, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 00-2-26203-5, Dean Scott Lum, J., entered February 12, 2002. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Becker, C.J., and Coleman, J.

[No. 50737-1-I.   Division One.   May 12, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. WOODIE D. KEES, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-02368-8, Paris K. Kallas, J., entered June 12, 2002. *Affirmed* by unpublished per curiam opinion.